**Order entered November 9, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00940-CR

### DAMIAN MEDINA BUENO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F17-58187-I**

## ORDER

Before the Court is appellant's October 24, 2018 first motion to extend time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed **THIRTY DAYS** from the date of this order.

/s/     LANA MYERS
          JUSTICE